UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

```
                                         CASE NO.: 05-20705-BKC-RBR
IN RE:   MELISSA B. DIXON                PROCEEDING UNDER CHAPTER 13
         XXX-XX-7772
```

## TRUSTEE'S FINAL REPORT OF ESTATE

Robin R. Weiner, Chapter 13 Trustee, hereby files this Final Report of Estate.

```
     Case Status: CONVERTED PRIOR TO CONFIRMATION
Petition Filed: February 11, 2005         Case Confirmed:
Plan File Date:                           Case Closed Date: May 23, 2005

Total amount received from or on behalf of Debtor(s): $   2,320.00
This amount was disbursed to Creditors as follows:
```

| Name | Type | Claim Amt. | Prin. Paid |
|---|---|---:|---:|
| WORLD SAVINGS | REGULAR MORTGAGE PYM | .00 | .00 |
| WORLD SAVINGS | MTG ARREARS | .00 | .00 |
| SUNTRUST BANK | REGULAR MORTGAGE PYM | .00 | .00 |
| SUNTRUST BANK | MTG ARREARS | .00 | .00 |
| CYPRESS CAY HOA | REGULAR MORTGAGE PYM | 7,800.00 | 140.50 |
| CYPRESS CAY HOA | SECURED | 2,500.00 | 18.73 |
| WELLS FARGO BANK | SECURED | 13,131.00 | 204.99 |
| WELLS FARGO BANK | GENERAL UNSECURED | .00 | .00 |
| AMERICAN EXPRESS | GENERAL UNSECURED | .00 | .00 |
| CAPITAL ONE BANK | GENERAL UNSECURED | .00 | .00 |
| CAPITAL ONE | GENERAL UNSECURED | .00 | .00 |
| CAPITAL ONE | GENERAL UNSECURED | .00 | .00 |
| CAPITAL ONE | GENERAL UNSECURED | .00 | .00 |
| CAPITAL ONE | GENERAL UNSECURED | .00 | .00 |
| CBE GROUP | GENERAL UNSECURED | .00 | .00 |
| CHRISTOPHER KEITH, ESQUIRE | GENERAL UNSECURED | .00 | .00 |
| CREDIT MANAGEMENT INC | GENERAL UNSECURED | .00 | .00 |
| FORD MOTOR CREDIT COMPANY | GENERAL UNSECURED | .00 | .00 |
| DILLARDS | GENERAL UNSECURED | .00 | .00 |
| HOUSEHOLD BANK | GENERAL UNSECURED | .00 | .00 |
| HOUSEHOLD BANK | GENERAL UNSECURED | .00 | .00 |
| HSBC RETAIL SERVICES/SEARS | GENERAL UNSECURED | .00 | .00 |
| INTUITION INC | GENERAL UNSECURED | .00 | .00 |
| INTUITION INC | GENERAL UNSECURED | .00 | .00 |
| LECHMERE/MBGA | GENERAL UNSECURED | .00 | .00 |
| MANDEE | GENERAL UNSECURED | .00 | .00 |
| NCO FINANCIAL | GENERAL UNSECURED | .00 | .00 |
| NEWPORT NEWS | GENERAL UNSECURED | .00 | .00 |
| PROVIDIAN | GENERAL UNSECURED | .00 | .00 |
| SHERMEN ACQUISTION | GENERAL UNSECURED | .00 | .00 |
| WELLS FARGO FINANCIAL ACCEPT | GENERAL UNSECURED | .00 | .00 |
| WORLD FINANCIAL NETWORK | GENERAL UNSECURED | .00 | .00 |
| UNITED STATES TREASURY | DIRECT-PAY | .00 | .00 |
| INTERNAL REVENUE SERVICES | NOTICE-ONLY | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE-ONLY | .00 | .00 |

```
                                                                 Page   2
                                          CASE NO.: 05-20705-BKC-RBR
---------------------------------------------------------------------
Name                            Type             Claim Amt.   Prin. Paid
---------------------------------------------------------------------
INTERNAL REVENUE SVC            NOTICE-ONLY            .00          .00
IRS C/O SPECIAL ASSISTANT US    NOTICE-ONLY            .00          .00
INTERNAL REVENUE SERVICE        NOTICE-ONLY            .00          .00
INTERNAL REVENUE SERVICES       NOTICE-ONLY            .00          .00
BROWARD COUNTY REV COLLECTIO    SECURED                .00          .00
=====================================================================
     Paid to Trustee: $      48.76     Priority Creditors: $         .00
    Paid to Attorney: $     562.24      Secured Creditors: $      364.22
    Debtor(s) Refund: $   1,344.78    Unsecured Creditors: $         .00
         Clerk Fees: $         .00  Administrative Creditors: $      .00
 Trustee Admin. Fees: $         .00        Total Disbursed: $    2,320.00
=====================================================================
```

The Trustee respectfully reports the Estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the Estate is ready for closing. Whereby, the Trustee respectfully requests a final decree or order discharging the Trustee be entered, closing the Estate, and granting such other and further relief as the Court may deem just and proper.

Dated: December 30, 2005                          _____/s/_____
                                                  Robin R. Weiner, Trustee

"DIRECT-PAY" claims are paid outside the
 Plan and the Trustee abandons interest in
 the collateral securing this debt.