UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Broward

In re:

DIXON, MELISSA                                    Case No.    05-20705 RBR

                                                  (Chapter 7)
                Debtor

## TRUSTEE'S FINAL REPORT

I, Les Osborne, trustee of the estate of the above named Debtor(s), certify to the Court and the United States Trustee that I faithfully and properly fulfilled the duties of the trustee, administered all assets of the estate, examined all proofs of claims as appropriate and prepared the proposed Dividend Distribution Report.

1. I conducted the settlement of the estate, and all of the assets belonging to said estate have been converted into cash or otherwise disposed of under Order of this Court or by notice to creditors. A synopsis of the disposition of assets is attached hereto as Exhibit "A" (Form 1).

2. Attached hereto as Exhibit "B" (Form 2) is an itemized statement of the trustee's receipts and disbursements.

|  |  |
|---|---|
| Total Receipts: | $         15,032.91 |
| Total Disbursements: | $              0.00 |
| Balance on Hand: | $         15,032.91 |

3. I examined all claims filed as required and have prepared the proposed dividend distribution report attached as Exhibit "C".

4. I have submitted all of my bank statements and cancelled checks to the Office of the United States Trustee, reflecting all transactions as of the filing of this report.

5. I have notified all professionals employed by the trustee to file their respective fee applications as reflected on Exhibit "D" attached hereto.

6. All required tax returns have been filed and all taxes incurred by the estate have been paid or will be paid from assets of the estate.

Therefore, I request that the Trustee's Final Report be accepted.

I declare under penalty of perjury that this Trustee's Final Report and the accompanying documents are true and correct to the best of my knowledge and belief.

Dated:  9/16/08                                   /s/
                                                  Les Osborne, Trustee

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Report and the Proposed Dividend.

Trustee Commission

| Filed Amount | Maximum Allowable | Expenses |
|---|---|---|
| $2,253.29 | $2,253.29 | $68.86 |

Dated: 3/27/2009

                                        Donald F. Walton
                                        United States Trustee
                                        Region 21

                                        By: /s/

Fee Applications:
CP#'s: 58, 65

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-20705 RBR | Trustee: | (290850) Les Osborne |
| --- | --- | --- | --- |
| Case Name: | DIXON, MELISSA | Filed (f) or Converted (c): | 05/23/05 (c) |
| | | §341(a) Meeting Date: | 07/05/05 |
| Period Ending: | 09/16/08 | Claims Bar Date: | 05/17/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | REAL PROPERTY (EXEMPT) | 366,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Bank of America Checking and Savings | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSITS | 350.00 | 350.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS & FURNISHINGS (PARTIALLY EXEMPT) | 1,010.00 | 60.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL (EXEMPT) | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | FURS AND JEWELRY | 210.00 | 210.00 | DA | 0.00 | FA |
| 7 | PENSION PLANS AND PROFIT SHARING (EXEMPT) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | ALIMONY, MAINTENCE, SUPPORT | 12,000.00 | 12,000.00 | DA | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES (EXEMPT)<br>NOA 6/7/06 (Mazda) | 11,000.00 | 10,000.00 | OA | 0.00 | FA |
| 10 | ANIMALS<br>4 dogs; 2 cats | 10.00 | 10.00 | DA | 0.00 | FA |
| 11 | TRIPLE "D" - Business Property (u)<br>Debtor's former husband fraudulently sold this property that belonged to Debtor (adversary: 06-01614). Defaults entered on 2 defendants. C/O settlement on third, 3/6/07 | Unknown | 275,000.00 | | 15,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 32.91 | Unknown |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-20705 RBR
**Case Name:** DIXON, MELISSA

**Trustee:** (290850) Les Osborne
**Filed (f) or Converted (c):** 05/23/05 (c)
**§341(a) Meeting Date:** 07/05/05
**Claims Bar Date:** 05/17/07

**Period Ending:** 09/16/08

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Assets | | | | | |
| | **Totals** (Excluding unknown values) | **$393,630.00** | **$297,630.00** | | **$15,032.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

all claims issues resolved

no tax return required

**Initial Projected Date Of Final Report (TFR):** May 1, 2006        **Current Projected Date Of Final Report (TFR):** September 1, 2008

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-20705 RBR | Trustee: | Les Osborne (290850) |
|---|---|---|---|
| Case Name: | DIXON, MELISSA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*30-65 - Money Market Account |
| Taxpayer ID #: | 13-7578275 | Blanket Bond: | $1,442,000.00  (per case limit) |
| Period Ending: | 09/16/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/27/07 | {11} | Adorno and Yoss | full settlement payment c/o 3/6/07 | 1249-000 | 15,000.00 | | 15,000.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.74 | | 15,007.74 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.80 | | 15,015.54 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.64 | | 15,023.18 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.86 | | 15,030.04 |
| 02/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 2.87 | | 15,032.91 |
| 02/28/08 | | To Account #\*\*\*\*\*\*\*\*3066 | Close MMA to prepare TFR | 9999-000 | | 15,032.91 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,032.91 | 15,032.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,032.91 | |
| | | | Subtotal | | 15,032.91 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,032.91 | $0.00 | |

{} Asset reference(s)    Printed: 09/16/2008 01:02 PM    V.10.54

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-20705 RBR
**Case Name:** DIXON, MELISSA

**Taxpayer ID #:** 13-7578275
**Period Ending:** 09/16/08

**Trustee:** Les Osborne (290850)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*30-66 - Checking Account
**Blanket Bond:** $1,442,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/28/08 | | From Account #\*\*\*\*\*\*\*\*3065 | Close MMA to prepare TFR | 9999-000 | 15,032.91 | | 15,032.91 |
| | | | **ACCOUNT TOTALS** | | **15,032.91** | **0.00** | **$15,032.91** |
| | | | Less: Bank Transfers | | 15,032.91 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*30-65 | 15,032.91 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*30-66 | 0.00 | 0.00 | 15,032.91 |
| | **$15,032.91** | **$0.00** | **$15,032.91** |

{} Asset reference(s)

Printed: 09/16/08 01:04 PM                                                                                               Page: 1

# Exhibit C

### Case: 05-20705   DIXON, MELISSA

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $15,032.91 | Total Proposed Payment: | $15,032.91 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Kluger Peretz KAplan and Berlin | Admin Ch. 7 | 128.25 | 128.25 | 0.00 | 128.25 | 128.25 | 14,904.66 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | Kluger Peretz KAplan and Berlin | Admin Ch. 7 | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 7,500.00 | 7,404.66 |
|  | <3210-00  Attorney for Trustee Fees (Other Firm)> | | | | | | | |
|  | Les Osborne | Admin Ch. 7 | 68.86 | 68.86 | 0.00 | 68.86 | 68.86 | 7,335.80 |
|  | <2200-00  Trustee Expenses> | | | | | | | |
|  | Les Osborne | Admin Ch. 7 | 2,253.29 | 2,253.29 | 0.00 | 2,253.29 | 2,253.29 | 5,082.51 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
|  | U.S. Bankruptcy Court | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 4,832.51 |
|  | <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| 1 | Internal Revenue Service | Priority | 16,486.29 | 16,486.29 | 0.00 | 16,486.29 | 4,832.51 | 0.00 |
|  | **Total for Case 05-20705 :** | | **$26,686.69** | **$26,686.69** | **$0.00** | **$26,686.69** | **$15,032.91** | |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $10,200.40 | $10,200.40 | $0.00 | $10,200.40 | 100.000000% |
| **Total Priority Claims :** | $16,486.29 | $16,486.29 | $0.00 | $4,832.51 | 29.312295% |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Broward**

In re:                                             Case No. 05-20705-BKC-RBR

DIXON, MELISSA                                     Chapter 7

               Debtor(s)
_____/

**EXHIBIT "D"**

Statement of Trustee as to Notification of Professionals

      The trustee is ready to close this estate and is in the process of preparing the Trustee's Final Report. Certain information is required from the professionals in order to properly prepare the Exhibit "C" to the Trustee's Final Report. In order for the trustee to propose a meaningful distribution to creditors the trustee must know how much the professional is requesting in fees and costs. The following professionals were employed by the Trustee and have their final fee applications with the Court: Kluger Peretz Kaplan and Berlin, attorneys.