UNITED STATES BANKRUPTCY COURT
SOTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

In re:

DIXON, MELISSA

Debtor.

_____/

Case No.: 05-20705-BKC-RBR
Chapter 7

**NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

( )   The Trustee has a balance of $ **4,832.51** remaining in the Trustee's account
      Which represents unpresented checks drawn and mailed to entities pursuant to the
      final distribution under U.S.C. § 726, 1226 or 1326 in a case under chapter 7, 12 or
      13. The Trustee has made a good faith effort to verify the correct mailing addresses
      for said entities and deliver the funds before presenting this notice.
      More than sufficient time has passed for these checks to be presented for payment; or

( )   The Trustee has a balance of $_____ remaining in the Trustee's account
      which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above states sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: September 16, 2009.

                                            _____
                                            Les Osborne, Trustee
                                            1300 N. Federal Hwy., #203
                                            Boca Raton, FL  33432
                                            Tel: 561-368-2200

Copies to:
Dixon, Melissa, 7868 Nw 71 Way, Parkland, FL  33067
Christian J. Olson Esq, Simonson & Olson, P.A., 4901 NW 17th Way, Suite 504, Ft. Lauderdale, FL  33309
U. S. Trustee's office (electronically)

In Re: Dixon, Melissa
Case Number: 05-20705-BKC-RBR
Small Dividends List

| Claim No.: | Claimant Name: | Claimant Address: | Amount: |
|---|---|---|---|
| 1 | IRS | Bankruptcy Section Mail Code 5760 PO Box 17167 Ft. Lauderdale, FL  33318 | $4,832.51 |